IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-56 |
| v. | (18 U.S.C. § 922(g)(1)) |
| DONTAE ARMSTRONG | [UNDER SEAL] |

FILED
FEB 25 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 16, 2019, in the Western District of Pennsylvania, the defendant, DONTAE ARMSTRONG, knowing he had previously been convicted of each of the following crimes, each punishable by imprisonment for a term exceeding one year, in the Criminal Division of the Allegheny County Court of Common Pleas, Commonwealth of Pennsylvania:

1. On or about July 1, 2009, at Docket Number 11777 of 2008, of Carrying a Firearm without a License; and

2. On or about December 13, 2010, at Docket Number 4435 of 2010, of Aggravated Assault.

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a Glock .40 caliber semiautomatic pistol, serial number BBXM571 and .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of this Indictment, the defendant, DONTAE ARMSTRONG, shall forfeit to the United States of America any property used and involved in the knowing commission of the offense including a Glock .40 caliber semiautomatic pistol, serial number BBXM571 and .40 caliber ammunition.

A True Bill,

*Barbara Washburn*
FOREPERSON

*Scott Brady*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

2